**In the United States District Court**
**Eastern District of Arkansas**
**Western Division**

Donna Waugh                                                                                           Plaintiff

v.                                            4:17-cv-755-JM

Hood & Stacy, P.A. d/b/a Hood & Stacy                                                     Defendant

## ORDER

Before the Court is Plaintiff Donna Waugh's Motion to Dismiss with Prejudice. Upon consideration, the Court finds the motion should be and hereby is granted. Plaintiff's claims against all Defendant Hood & Stacy, P.A. d/b/a Hood & Stacy are dismissed with prejudice.

IT IS SO ORDERED this 28th day of March, 2018.

_____
Hon. James M. Moody, Jr.
U.S. District Court